```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-30-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GEORGE CRUMP,

                                                            Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. MICHAEL
SEILING, Shield No. 07838, P.O. JOSEPH LEMOS,
Shield No. 21672, SGT. EMILE PROVENCHER,
Shield No. 04239, Individually and in his Official
Capacity, and P.O.s "JOHN DOE" #1-10,
Individually and in their Official capacities (the name
John Doe being fictitious, as the true names are
presently unknown),

                                                            Defendants.

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

05 CV 6768 (HB)

-----------------------------------------------------------------x

       **WHEREAS**, plaintiff George Crump has commenced this action on his behalf, by filing a complaint on or about July 28, 2005, respectively, alleging that defendants violated his federal civil rights and rights under state law; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **WHEREAS**, plaintiff has authorized counsel to settle this matter on the terms enumerated below.

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff George Crump the sum of Twenty-Two Thousand Five Hundred Dollars ($22,500.00), in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of these sums, plaintiff agrees to dismissal of all the claims against the individually named defendants to release all defendants, and present or former employees and agents of the City of New York and the New York City Police Department from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement including, without limitation, a General Release based on the terms of paragraph 2 above, and an Affidavit of No Liens and copies of all documents necessary to comply with settlement.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision

of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department or any of their agents.

6.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
December 8, 2005

Jon Norinsberg, Esq.
*Attorney for Plaintiff*
225 Broadway
Suite 2700
New York, NY 1000
(212) 791-5396

By: _____
Jon Norinsberg (JN 2133)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, Room 3-220
New York, N.Y. 10007
(212) 788-0711

By: _____
Liora Jacobi (LJ 0847)
Special Assistant Corporation Counsel

SO ORDERED:

_____  12/30/05
U.S.D.J.

3